IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DEBORAH HODGES, Individually,
and as Administratrix of the Estate of
Shane Hodges, Deceased                                                          PLAINTIFF

v.                                              Case No. 4:20-cv-04076

GENERAL MOTORS, LLC                                                        DEFENDANT

## ORDER

Before the Court is a Motion to Dismiss by Defendant. ECF No. 5. After Defendant filed

its Motion to Dismiss, Plaintiff filed an Amended Complaint in this matter. ECF No. 16. Thus, the

Court finds that Defendant's Motion to Dismiss (ECF No. 5) should be and hereby is **DENIED**

**AS MOOT**. *See Pure Country, Inc. v. Sigma Chi Fraternity*, 312 F.3d 952, 956 (8th Cir. 2002).

**IT IS SO ORDERED**, this 3rd day of December, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge